IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-06-536 |
| § | |
| ONE 2003 KENWORTH TRACTOR § | |
| VIN# 1XKAD49X73J387066 AND § | |
| ONE 1995 GREAT DANE TRAILER § | |
| VIN# 1GRAA0629SW042506, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment and Summary Judgment, Final Judgment for the Plaintiff United States of America is hereby entered as to the interests of all persons and entities whatsoever in the Defendant Tractor and the Defendant Trailer. By this Judgment, the Plaintiff has clear and unencumbered legal title to, and sole ownership of, the Defendant Tractor and the Defendant Trailer. Plaintiff is ORDERED to dispose of the Defendant Tractor and the Defendant Trailer according to law. The Court hereby dismisses this forfeiture action.

SIGNED and ENTERED this 15th day of May, 2007.

_____
Janis Graham Jack
United States District Judge